No. 81–677. MINNESOTA MINING & MANUFACTURING CO. ET AL. *v.* VELO-BIND, INC.; and

No. 81–681. VELO-BIND, INC. *v.* MINNESOTA MINING & MANUFACTURING CO. ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN took no part in the consideration or decision of these petitions. Reported below: 647 F. 2d 965.

No. 81–5408. MCCLESKEY *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County; and

No. 81–5523. RUIZ ET AL. *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. Reported below: No. 81–5523, 273 Ark. 94, 617 S. W. 2d 6.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–2106. GENERAL ATOMIC CO. *v.* UNITED NUCLEAR CORP., *ante*, p. 878;

No. 80–6514. HAWKINS *v.* TEXAS, *ante*, p. 919;

No. 80–6610. JOHNSON *v.* FLORIDA, *ante*, p. 882;

No. 80–6671. TYLER *v.* GEORGIA, *ante*, p. 882;

No. 80–6786. STRICKLAND *v.* GEORGIA, *ante*, p. 882;

No. 80–6839. BROWN *v.* GEORGIA, *ante*, p. 882;

No. 80–6844. JUSTUS *v.* GEORGIA, *ante*, p. 882;

No. 81–5227. LAMORE *v.* INLAND DIVISION OF GENERAL MOTORS CORP. ET AL., *ante*, p. 900;

No. 81–5328. JOHL *v.* ACTORS' EQUITY ASSN. ET AL., *ante*, p. 903; and

No. 81–5440. GREEN *v.* CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL., *ante*, p. 944. Petitions for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.